JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIORGI METREVELI,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>KIKA SCOTT, Senior Official Performing the Duties of Director of the United States Citizenship and Immigration Services, et al.<br><br>　　　　Defendants. | No. 2:24-cv-08915-CBM-SK<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE [26]**<br><br><br>Honorable Consuelo B. Marshall<br>United States District Judge |

IT IS ORDERED that, pursuant to the separately filed Stipulation for Dismissal, this action is hereby dismissed without prejudice. Each party to bear its own costs, fees, and expenses.

Dated: July 29, 2025

_____
HON. CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE